G. WELLINGTON DOUGLAS, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27822.)

Submitted June 12, 1946; decided July 23, 1946.

*Benedict S. Rosenfeld* and *Albert Jakobson* for appellant. *Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs. The paper entered in the Court of Claims pursuant to the order of affirmance by the Appellate Division, although styled an " order," was in effect a judgment. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.